IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK FOLEY, et al.,

        Plaintiffs,

vs.                              Civil Action 2:05-CV-208
                                    Judge Sargus
                                    Magistrate Judge King

PAT SURBELLA, et al.,

        Defendants.

### ORDER

On May 24, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiffs' motion to remand be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiffs' motion to remand, Doc. No. 4, is **DENIED**.

6-16-2005
Date

                                              Edmund A. Sargus, Jr.
                                              United States District Judge